| | | |
|---|---|---|
| **MEMBER** | **LAW OFFICES** | |
| New Jersey Bar | **MICHAEL BOTTON, ESQ** | |
| New York Bar | Mailing Address: | |
| **ADMITTED** | 1314 MAIN STREET | |
| U.S. Federal District Courts | BELMAR, NEW JERSEY 07719 | |

MICHAELBOTTONESQ@GMAIL.COM
LEORISHTYESQ@GMAIL.COM

TEL: 732-894-3686    FAX: 732-894-3688

---

May 18, 2018

United State District Court
District of New Jersey
Honorable Peter G. Sheridan, U.S.D.C.J.
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

Re:  Isaac Tawil v. Jackson Township, et al.
     Case No.: 3:18-cv-00706-PGS-DEA

*[Handwritten note: Motion to amend anything granted (ecf 11) and motion to dismiss is denied, as moot (ecf 7). (without prejudice)]*

**SO ORDERED:** /s/ Peter G. Sheridan
**DATED:** 5/18/18

Dear Judges Sheridan:

This office represents the Plaintiff in the above matter. There is a Motion to Dismiss filed by the Defendants that is scheduled to be heard on Monday, May 21, 2018 before Your Honor. Due to an office error in the scheduling, I was not aware that the Defendants' Motion to Dismiss was scheduled to be hearing on May 21st. I would like to apologize for the last-minute notice, but Monday, May 21, 2018 is the Jewish holiday of Shavuot; as such, my office will be closed, and I will not be able to attend oral argument. I am requesting that this hearing be carried to a later date.
Further, my office has recently filed a Motion to Amend the Complaint which would resolve the issues set forth in Defendants' Motion. As such, I am respectfully requesting that the Court allow Plaintiff to file a certification with the Amended Complaint as an Opposition to Defendants' Motion to Dismiss.
I contacted Howard Mankoff, counsel for the Defendants, and was informed that he is unavailable at this time to comment on this request.

Kindest Regards,

_Michael Botton /s/_
MICHAEL BOTTON, ESQ.

Cc:   Howard B. Mankoff, Esq.
      425 Eagle Rock Avenue
      Roseland, NJ 07068
      hbmankoff@mdwcg.com
      *Attorney for the Defendants*