| | LAW OFFICES | |
|---|---|---|
| **MEMBER** | **MICHAEL BOTTON, ESQ** | |
| New Jersey Bar | **Mailing Address:** | |
| New York Bar | 1314 MAIN STREET | |
| **ADMITTED** | BELMAR, NEW JERSEY 07719 | |
| U.S. Federal District Courts | | |

MICHAELBOTTONESQ@GMAIL.COM
LEORISHTYESQ@GMAIL.COM

TEL: 732-894-3686     FAX: 732-894-3688

June 29, 2018

United State District Court
District of New Jersey
Honorable Peter G. Sheridan, U.S.D.C.J.
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608


Re:   Isaac Tawil v. Jackson Township, et al.
        Case No.: 3:18-cv-00706-PGS-DEA

Dear Judges Sheridan:

  This matter is schedule for oral argument on a motion to dismiss returnable on July 2, 2018.  The parties have reached a settlement in principal and are just trying to formalize the final agreement.  I am requesting that the Court mark the case settled and enter a 60 day order.  I thank you for your attention to this matter.


Kindest Regards,

*Michael Botton /s/*
MICHAEL BOTTON, ESQ.

Cc:   Howard B. Mankoff, Esq.
        425 Eagle Rock Avenue
        Roseland, NJ 07068
        hbmankoff@mdwcg.com
        *Attorney for the Defendants*